IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:18 CR 478-WKW |
| ) | [21 U.S.C. § 846; |
| NICHOLAS KENTEZ MCHENRY and ) | 21 U.S.C. § 841(a)(1); |
| JENNIFER RAMOS ) | 18 U.S.C. § 2] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1
(Conspiracy to Violate the Controlled Substances Act)

Beginning at an unknown time and continuing to on or about January 6, 2018, in Butler County, within the Middle District of Alabama, and elsewhere, the defendants,

NICHOLAS KENTEZ MCHENRY and
JENNIFER RAMOS,

did knowingly and intentionally combine, conspire, and agree together and with others to possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

### COUNT 2
(Violation of the Controlled Substances Act)

Beginning at an unknown time and continuing to on or about January 6, 2018, in Butler County, within the Middle District of Alabama, and elsewhere, the defendants,

NICHOLAS KENTEZ MCHENRY and
JENNIFER RAMOS,

each being aided and abetted by the other, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

A.   The allegations contained in Counts 1 and 2 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

B.   Upon conviction of the offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 846, set forth in Counts 1 and 2 of this indictment, the defendants,

NICHOLAS KENTEZ MCHENRY and
JENNIFER RAMOS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from proceeds defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of Title 21, United States Code, Sections 841(a) and 846.

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendants:

      (1)   cannot be located upon the exercise of due diligence;

      (2)   has been transferred or sold to, or deposited with, a third party;

      (3)   has been placed beyond the jurisdiction of the court;

      (4)   has been substantially diminished in value; or

      (5)   has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Brandon W. Bates
Assistant United States Attorney

_____
R. Randolph Neeley
Assistant United States Attorney

3